Daniel R. Friedenthal, Esq., State Bar No. 136847
Elaine Tanudjaja, Esq. State Bar No. 299311
Robert L. Rosvall, Esq., State Bar No. 314510
FRIEDENTHAL, HEFFERNAN & BROWN, LLP
215 North Marengo Avenue, Suite 165
Pasadena, California 91101
Telephone: (626) 628-2800
Facsimile: (626) 628-2828

Attorneys for Defendant, WENDT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELMA ANAYA, individually, and as surviving heir and successor in interest of ALBERTO ANAYA (deceased); TANYA ANAYA, individually, and as surviving heir and successor in interest of ALBERTO ANAYA (deceased); VANESSA ANAYA, individually, and as surviving heir and successor in interest of ALBERTO ANAYA (deceased); ALBERTO ANAYA JR. individually, and as surviving heir and successor in interest of ALBERTO ANAYA (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>MACHINES DE TRIAGE ET BROYAGE, a business entity of form unknown; WENDT CORPORATION, a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:18-cv-01731-DMR<br><br>Hon. Judge Donna M. Ryu<br><br>**ORDER APPROVING SECOND STIPULATION OF THE PARTIES TO MODIFY THE PARTIES' JOINT DISCOVERY PLAN TO CONTINUE THE DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES AND TO CONTINUE DEADLINE FOR SUBMISSION OF THE PARTIES' JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: 3/20/2018<br>Trial Date: None |

The Court having reviewed the stipulation ("Stipulation") between Plaintiffs, Adelma Anaya, Tanya Anaya, Vanessa Anaya, and Alberto Anaya, Jr., Defendant, Wendt Corporation and Defendant Machines de Triage et Broyage (collectively the

"Parties") filed as Docket Entry 57 in the above-captioned proceeding, and good cause appearing, the Court hereby orders as follows:

1. The Stipulation is hereby approved.

2. The Parties shall exchange their initial disclosures on or before October 29, 2018.

3. The Deadline for submission of the Parties Joint Case Management Statement shall be November 5, 2018.

DATED: 10/26.2018

Hon. Donna M. Ryu
Magistrate Judge
United States District Court